IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRIMINAL ACTION NO. 00-100T
CASE NO. 1:00CR00100-001

UNITED STATES OF AMERICA,

Government

Vs.

FRANKLIN DIAZ,

Defendant/Movant.
______________________________/

MOTION/REQUEST FOR AUTHORIZATION FOR FOREIGN TRAVEL

**COMES NOW,** Defendant/Movant, FRANKLIN DIAZ, personally and lacking legal counsel, and herein requests that this Honorable Court grant him authorization for temporary foreign travel and as grounds therefore states as follows:

1. Defendant/Movant is serving a probationary period concerning the aforementioned case and said probation is being served under the jurisdiction of the Middle District of Florida.
2. Defendant/Movant's probation officer is Kevin Krause – U.S. Probation Officer, Middle District of Florida, 80 N. Hughey Ave., Orlando, FL 32801; who is personally aware of this Petition.
3. Defendant/Movant wishes to travel to Santo Domingo, Dominican Republic to visit family and his wife's elderly parents – Francisca Burgos de Perez (89 years old) and Ramon Emiliano Perez (93 years old) due to their advanced age and short life expectancy.
4. Should this authorization be granted, Defendant/Movant intends to stay at the

aforementioned family's residence during his two-week stay in the Dominican Republic. This residence is located at Calle San Rafael #23, Las Canitas Ensanche Espaillat, Santo Domingo, D.R.

5. Defendant/Movant certifies that he can be readily reached via telephone (809) 681-8051 in order to comply with his probation requirements.

6. DefendantMovant indicates that should this authorization be granted, Defendant/Movant shall only remain in Santo Domingo, Dominican Republic for a period of two weeks and shall then return to the Middle District of Florida – to his permanent residence located at 3240 Royal Street, Winter Park, Florida 32792

**WHEREFORE,** Defendant/Movant, FRANKLIN DIAZ, respectfully requests this Court grant him authorization to travel for a period of two weeks to Santo Domingo, Dominican Republic for the reasons stated above.

**I HEREBY CERTIFY** a true and correct copy of the foregoing document has been furnished via U.S. Mail to Chief Judge Ernest C. Torres at the United States District Court, District of Rhode Island; Robert D. Watt, Jr., Esquire, 84 Ship Street, Providence, RI 02903; Stephanie S. Browne, Esquire, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; and Kevin Krause, U.S. Probation Officer, Middle District of Florida, 80 N. Hughey Avenue, Orlando, FL 32801.

Franklin Diaz
3240 Royal Street
Winter Park, FL 32792
(407) 657-4338