UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CR. No. 00-100T |
| | : |
| | : |
| FRANKLIN DIAZ | : |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION/PETITION FOR FINALIZATION OF PROBATIONARY PERIOD

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion/Petition for Finalization of Probationary Period as follows.

Diaz has filed this action, presumably to shorten the sentence of supervised release imposed by this Court. His motion should be denied

On June 8, 2001, this Court sentenced Diaz to serve a term of 60 months of imprisonment to be followed by a 2 year term of supervised release. Diaz began his term of supervised release on July 22, 2005. The imposed term of supervised release is scheduled to expire on July 21, 2007. Thus, at this point, Diaz has served just over half of the imposed term.

Although Diaz claims that his Probation Officer, Kevin Krause is "personally aware of this Petition and supports the petition hereon filed" such is not the case. Officer Krause has taken no stance, either for or against, the requested reduction in defendant's term of supervised release. And, while Diaz has not violated any terms of his supervised release, he has not done anything exemplary or extraordinary to the extent that the term should be shortened. Likewise, neither the undersigned nor Officer Krause are aware of any extraordinary hardships suffered by

Diaz that would militate toward a reduction in the imposed sentence. At most, Diaz has fulfilled the terms and conditions of his supervised release, that is, he has done that which he is supposed to do, no more, no less. Such is not a basis for a reduction in sentence.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Fl.
Providence, RI 02903
(401)709-5000
(401)709-5001 (Fax)
email:stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2006, I caused the within Government's Response to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

I further certify that a copy was mailed via regular mail to:

Franklin Diaz
3240 Royal Street
Winter Park, Florida 32792

/s/Stephanie S. Browne
Stephanie S. Browne
Assistant U.S. Attorney