IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRIMINAL ACTION NO. 00-100T
CASE NO. 1:00CR00100-001

UNITED STATES OF AMERICA,

Government.

Vs.

FRANKLIN DIAZ,

Defendant/Movant
______________________________/

**MOTION/PETITION FOR THE FINALIZATION OF PROBATIONARY PERIOD**

**COMES NOW,** Defendant/Movant, FRANKLIN DIAZ, personally and lacking legal counsel, and herein requests that this Honorable Court grant him the finalization of his probationary period in the above-captioned case and as grounds therefore states as follows:

1. Defendant/Movant is serving a probationary period concerning the above-captioned case and said probation is being served under the jurisdiction of the Middle District of Florida.
2. Defendant/Movant has complied in every sense with his probationary requirements; his behavior being proper and correct at all times thereof, and at this time would like for said period to be finalized and/or shortened.
3. Defendant/Movant's probation officer, Kevin Krause – U.S. Probation Officer,

Case 1:00-cr-00100-T Document 56 Filed 08/11/2006 Page 2 of 2

Middle District of Florida, 80 N. Hughey Avenue, Orlando, FL 32801 is personally aware of this Petition and supports the petition herein filed.

4. The aforementioned probation officer has indicated his availability for any and all information pertaining to the Petition being filed herein should the Court deem such information necessary in order to make a determination of this Petition.

**WHEREFORE,** Defendant/Movant FRANKLIN DIAZ, respectfully requests this Court to grant him this Petition and finalize his probationary period effective the date the Order granting this Petition is entered. In the alternative, should the Court not grant the finalization of the probationary period, it is respectfully requested that the Court grant him a shortened probationary period for a period to be decided by the Honorable Court.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been furnished via U.S. Mail to Honorable Chief Judge Ernest C. Torres, U.S. District Court, District of Rhode Island; e Stephanie S. Brown, Esquire, Asst. U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 and Kevin Krause, U.S. Probationary Officer, Middle District of Florida, 80 N. Hughey Ave., Orlando, FL 32801, this 8th day of August, 2006.

[signature]

Franklin Diaz
3240 Royal Street
Winter Park, FL 32792
(407) 657-4338

**DENIED**

[signature]

Ernest C. Torres
Chief, US District Judge

9/6/06